Phillip Edward BELL, Plaintiff–
Appellant,

v.

E. DAVIS INTERNATIONAL, INCOR-
PORATED, d/b/a Car–Freshner Cor-
poration, Defendant–Appellee,

Car–Freshner Corporation, Defendant
& Third Party Plaintiff–Appellee,

v.

Cousin Corporation of America,
Third Party Defendant.

No. 02–1324.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Phillip Edward Bell, Appellant Pro Se.
Susan Holdsclaw Boyles, Kilpatrick Stock-
ton, L.L.P., Winston–Salem, North Car-
olina, for Appellees.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Phillip Edward Bell appeals the district
court's order granting Defendants' motion
for summary judgment and denying vari-
ous pending motions as moot in this copy-
right infringement action. We have re-
viewed the record and the district court's
memorandum and opinion and find no re-
versible error. Accordingly, we affirm on
the reasoning of the district court. *See
Bell v. E. Davis Int'l Inc.*, No. CA–00–131–
1–T (W.D.N.C. filed Feb. 14, 2002 & en-
tered Feb. 15, 2002; Mar. 9, 2002). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*